TOWNSHIP OF NORTH BERGEN, IN THE COUNTY OF HUD-
SON, v. STATE BOARD OF TAXES AND ASSESSMENT
ET. AL., RESPONDENTS.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is
printed in 2 *N. J. Mis. R.* 258.

For the appellant, *J. Emil Walscheid.*

For the respondents, *Gaede & Gaede.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MIN-
TURN, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN
BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 12.

*For reversal*—None.